CHARLES S. BARQUIST (CA SBN 133785)        *MADE JS-6*
ERIC M. ACKER (CA SBN 135805)
WENDY J. RAY (CA SBN 226269)
CBarquist@mofo.com; EAcker@mofo.com;
WRay@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone:  213-892-5200
Facsimile:   213-892-5454

Attorneys for Plaintiffs and Counterdefendants
VEECO INSTRUMENTS INC. AND
VEECO METROLOGY, LLC

JOHN M. FARRELL (CA SBN 99649)
JOHN E. GARTMAN (CA SBN 152300)
JOHN W. THORNBURGH (CA SBN 154627)
JUSTIN M. BARNES (CA SBN 217517)
SETH M. SPROUL (CA SBN 217711)
jfarrell@fr.com; John.Gartman@fr.com; thornburgh@fr.com
barnes@fr.com; sproul@fr.com
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92122
Telephone:  858-678-5070
Facsimile:   858-678-5099

Attorneys for Defendant and Counterclaimant
ASYLUM RESEARCH CORP.

*Additional Counsel Listed On Last Page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| VEECO INSTRUMENTS INC. and VEECO METROLOGY, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASYLUM RESEARCH CORP.,<br><br>    Defendant. | Case No. CV-03-6682 GW (Ex)<br><br>**ORDER RE JUDGMENT**<br><br>**The Hon. George H. Wu**<br>**U.S. District Judge** |

la-991021

1       Pursuant to stipulation,

2       1.      In this action, which was filed on or about September 17, 2003, Veeco

3   alleged infringement of United States Patent Nos. 5,224,376; 5,237,859;

4   Re. 36,488; 5,266,801 and 5,415,027; violation of the Computer Fraud and Abuse

5   Act; violation of the Computer Data Access and Fraud Act; trespass to chattels and

6   replevin.  Asylum counterclaimed against Veeco for infringement of United States

7   Patent No. 5,825,020 and breach of contract.  This Court has jurisdiction over this

8   action pursuant to 28 U.S.C. §§ 1331, 1338(a), 1367(a).

9       2.      In light of the risks and expenses of further litigation of this action,

10  Veeco and Asylum have reached a settlement of their dispute as set forth in this

11  Stipulated Judgment and Order and the License Agreement concurrently executed

12  by the parties ("Agreement").

13      3.      This action, including all claims, defenses, affirmative defenses and

14  counterclaims, shall be dismissed with prejudice except insofar as this Court shall

15  retain exclusive, continuing jurisdiction to enforce, administer, and/or interpret this

16  Stipulated Judgment and Order, and the Agreement.

17      4.      Veeco and Asylum shall each bear their own legal costs and attorneys'

18  fees incurred in this action.

19      IT IS SO ORDERED:

20

21  DATED:  August 14, 2008          By _____
                                          Hon. George Wu
22                                        United States District Judge

23

24

25

26

27

28

1

1    *Additional Counsel Not Listed on Cover Page:*

2    THOMAS W. HUMPHREY (Ohio Reg. #0062336, admitted *pro hac vice*)
     THumphrey@whepatent.com
3    WOOD, HERRON & EVANS, L.L.P.
     2700 Carew Tower, 441 Vine Street
4    Cincinnati, Ohio 45202-2917
     Telephone:  513-241-2324
5    Facsimile:   513-421-7269

6    BRAD D. PEDERSEN (CA SBN 124963)
     Pedersen@ptslaw.com
7    PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
     4800 IDS Center, 80 South 8th Street
8    Minneapolis, Minnesota  55402-2100
     Telephone:  612-349-5740
9    Facsimile:   612-349-9266

10   Attorneys for Plaintiffs
     VEECO INSTRUMENTS INC. AND
11   VEECO METROLOGY, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

la-991021